1

2                    **UNITED STATES DISTRICT COURT**

3                    **EASTERN DISTRICT OF WASHINGTON**

4

5   RENEE MARIE B HARMON,              )
                                       )
6              Plaintiff,              )
                                       )        NO.  CV-11-0005-JPH
7          vs.                         )
                                       )        **JUDGMENT IN A**
8   MICHAEL J. ASTRUE,                 )        **CIVIL CASE**
    Commissioner of Social Security,   )
9                                      )
               Defendant.              )
10                                     )
                                       )
11  _____)

12          **DECISION BY THE COURT:**

13          This action came to hearing before the court.  The issues have been heard

14  and a decision has been rendered.

15          **IT IS ORDERED AND ADJUDGED** that:

16          Plaintiff's Motion for Summary Judgment is **GRANTED IN PART**.  The

17  matter is **REMANDED** for additional proceedings pursuant to sentence four of

18  42 USC § 405(g), and Judgment is entered for Plaintiff.

19          DATED this 11th day of July, 2012.

20                                      JAMES R. LARSEN
                                        District Court Executive/Clerk
21

22

23                                      by:   s/Pamela A. Howard
                                                  Deputy Clerk
24

25

26  cc: all counsel